UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                          CASE NO: 2:12-cr-101-FtM-UASPC

DARRICK EDISON

_____

**ORDER**

This matter comes before the Court on Notice of Withdrawal (Doc. #45) filed on April 12, 2013.  The Defendant filed a Motion to Suppress (Doc. #36) on February 26, 2013.  The Court set the Motion for hearing on April 18, 2013.  However, the Defendant has filed a Notice of Withdrawal (Doc. #45) indicating a plea agreement has been reached and the grounds raised in the Motion to Suppress are no longer at issue.  Thus, the Court has cancelled the hearing scheduled for April 18, 2013.

Accordingly, it is now

**ORDERED:**

The Notice of Withdrawal (Doc. #45) is **GRANTED** to the extent the hearing set in this matter is **CANCELLED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 16th day of April, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record